No. 482. MARYLAND FOR THE USE OF COSTAS ET AL. *v.* ATLANTIC AVIATION CORP. C. A. 3d Cir. Certiorari denied. *Theodore E. Wolcott* for petitioners. *Donald A. Robinson* for respondent.

No. 487. WILLIAMS *v.* ANDERSON. C. A. 3d Cir. Certiorari denied. *Louis Lipschitz* for petitioner.

No. 489. KINGDOM OF GREECE, MINISTRY OF COMMERCE, PURCHASE DIRECTORATE *v.* PETROL SHIPPING CORP. C. A. 2d Cir. Certiorari denied. *Arthur M. Becker* for petitioner. *Eli Ellis* for respondent.

No. 490. AMERICAN MANUFACTURERS MUTUAL INSURANCE CO. ET AL. *v.* AMERICAN BROADCASTING-PARAMOUNT THEATRES, INC. Ct. App. N. Y. Certiorari denied. *Herbert Brownell* for petitioners. *Clarence Fried* for respondent.

No. 492. SMITH, ADMINISTRATRIX *v.* UNION OIL CO., INC., ET AL. Sup. Ct. Cal. Certiorari denied. *Ellis J. Horvitz* for petitioner. *L. Robert Wood* for respondents.

No. 493. RALPH ET AL. *v.* TIDEWATER CONSTRUCTION CORP. ET AL. C. A. 4th Cir. Certiorari denied. *Henry E. Howell, Jr.,* for petitioners. *George D. Gibson* and *E. Milton Farley III* for respondents.

No. 494. HAINE *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Elmer Fried* for petitioner. *Solicitor General Marshall* for the United States.